BERLIN CONSTRUCTION COMPANY, Appellant, *v.* HERMAN
W. HOOPS, Respondent.

*Fraud — alleged false representations by president of corporation that
it had money provided to make payments on a building contract.*

*Berlin Construction Co.* v. *Hoops*, 192 App. Div. 730, affirmed.

(Argued February 3, 1922; decided February 28, 1922.)

APPEAL from a judgment, entered July 23, 1920, upon an order of the Appellate Division of the Supreme Court in the first judicial department which reversed an order of the court at a Trial Term setting aside a verdict in favor of defendant and granting a new trial and directed reinstatement of said verdict. The action was brought to recover damages claimed to have been sustained by the plaintiff corporation by reason of an alleged fraud and deceit perpetrated upon it by the defendant, in consequence whereof it was induced not to cancel certain con-

tracts theretofore entered into between it and the Columbian Marble Company for the erection of certain buildings. It was alleged that defendant, who was president of said marble company, in order to induce plaintiff not to cancel said agreements, but to perform them, falsely represented to plaintiff that the money with which to make to the plaintiff the payments provided for in the said agreements had already been arranged for and that plaintiff accordingly fully performed its agreements but that the marble company became insolvent and unable to pay a balance due.

*Osmond K. Fraenkel* and *Louis Werner* for appellant. *George D. Zahn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: CARDOZO, J.